ORIGINAL

UNITED STATES COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 13 2023

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No.  4:23-CR-231-P

OSCAR SALINAS (01)

## FACTUAL RESUME

INDICTMENT    Count One – Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(A) and (b)(2)
Count Two – Possession of Obscene Visual Representations of the Sexual Abuse of Children – in violation of 18 U.S.C. § 1466A(b)(a) and (d)(5).

PLEA    Guilty plea to count one

MAXIMUM PENALTY

The maximum penalty the Court may impose for count one is as follows:
- term of imprisonment for not less than ten (10) years and not more than twenty (20) years;
- a fine not to exceed $ 250,000.00, or twice any pecuniary gain to the defendant or loss to the victim(s);
- a mandatory special assessment of $100;
- an assessment, pursuant to 18 U.S.C. § 2259A, for not more than $17,000;
- an additional mandatory special assessment of $5,000 pursuant to 18 U.S.C. § 3014, unless the Court finds the defendant to be indigent;
- a term of supervised release of at least five (5) years up to any term of years to life.  Revocation of the term of supervised release could result in an additional period of confinement.  The effect of a revocation of a term of supervised release is to make the overall period of incarceration longer;
- restitution of not less than $3,000 per victim, pursuant to 18 U.S.C. § 2259;
- forfeiture of property; and
- costs of incarceration and supervision.

**Factual Resume - Page 1**

ELEMENTS OF THE OFFENSE

In order to establish the offense alleged in count one of the Indictment, the government must prove the following elements beyond a reasonable doubt:

First:      That the defendant knowingly possessed an item that contains an image of child pornography, as alleged in the indictment;

Second:     That the item was possessed in the territorial jurisdiction of the United States or on any land or building owned by, leased to, or otherwise used by or under the control of the United States Government;

Third:      That when the defendant possessed the material, the defendant knew the material contained child pornography; and

Fourth:     One of the child pornography images the defendant possessed depicted a prepubescent minor or a minor under the age of 12 engaged in sexually explicit conduct.

STIPULATION OF FACTS

1.      On or about April 26, 2022, in the Fort Worth Division of the Northern District of Texas, Oscar Salinas, defendant, knowingly possessed in the territorial jurisdiction of the United States and on any land or building owned by, leased to, or otherwise used by or under the control of the United States Government, any material which contained an image of child pornography that involved a prepubescent minor and a minor who had not attained 12 years of age.   Specifically, the defendant possessed a Micro SD card that contained, along with others, the following described video files visually depicting prepubescent minors engaged in sexually explicit conduct and the lascivious exhibition of the genitals and pubic area of said minors, as defined in 18 U.S.C. § 2256(8)(A):

**Factual Resume - Page 2**

| File Name | File Description |
|---|---|
| 2.mp4 | This video file depicts an adult male penis ejaculating while being placed in the mouth and hands of a prepubescent child.   The adult male also pulls the child's hand towards his erect penis. |
| 405_Not_Allowed.mp4 | This video file depicts a prepubescent female lying on her back on the lap of an adult female while being vaginally penetrated by an erect prepubescent male penis.   During the penetration, the adult female pulls the prepubescent female's shirt up, exposing her chest. |
| out3.mp4 | This video depicts a prepubescent female wearing a pink shirt, being grabbed by the back of the head by a male who is forcing her mouth onto his erect penis. |
| XSV_AV.mp4 | This video depicts an adult male's erect penis penetrating the mouth of a prepubescent female. The female then lies down, exposing her genitals, and begins touching herself with her hands and a device.   The device is then inserted into her anus before the adult male's penis penetrates her anus. |

3.     On April 26, 2022, federal Bureau of Prison staff conducted a mass search in the Houston Unit of the Federal Medical Center (FMC) federal prison located at 3150 Horton Road, Fort Worth.   During the search of inmate Oscar Salinas's locker, an intern with the psychology staff found two Micro SD cards.

4.     After further review of the contents of the two Micro SD cards, BOP investigators determined that one of the Micro SD cards contained child pornography images and videos, including those previously described in paragraph one.

Factual Resume - Page 3

5.      Salinas admitted that he possessed the Micro SD cards and that he knew one contained child pornography.    Salinas knew the child pornography files depicted real minors, including prepubescent minors or minors who had not attained the age of 12, engaged in sexually explicit conduct.

6.      Salinas possessed the SD card containing child pornography in the Bureau of Prisons - Federal Medical Center, Fort Worth while he was an inmate serving time for his conviction in the Northern District of Texas for possession of child pornography, case number 4:14-CR-131-A.    Salinas stipulates that FMC-Fort Worth is in the territorial jurisdiction of the United States.

SIGNED on this the __5__ day of ___September___ 2023.


_____
OSCAR SALINAS
Defendant

_____
ANDREA ALDANA
Attorney for Defendant


Factual Resume - Page 4